IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARNEIL DAVIS, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-09-618-M |
| | ) |
| THE OKLAHOMA PARDON-PAROLE BOARD, *et al.*, | ) |
| | ) |
|       Respondents. | ) |

## **REPORT AND RECOMMENDATION**

Mr. Carneil Davis has filed a petition for habeas relief. Rather than pay the filing fee, Mr. Davis moved for leave to proceed *in forma pauperis*. The motion indicates that Mr. Davis has $108.94 in his savings account, and the filing fee is only $5.00.[1] Because Mr. Davis has adequate funds for the filing fee,[2] the undersigned recommends that the Court: (1) deny the motion for leave to proceed *in forma pauperis*, (2) order payment of the filing fee within twenty days,[3] and (3) dismiss the action without prejudice if Mr. Davis fails to timely pay the filing fee or show good cause for the failure to do so. *See* W.D. LCvR 3.3(e).

---

[1]    *See* 28 U.S.C. § 1914(a) (2000).

[2]    Oklahoma law governing the statutory savings account expressly allows inmates to withdraw funds from the account to pay fees under 28 U.S.C. § 1911, *et seq.* Okla. Stat. tit. 57 § 549(A)(5); *see also Williams v. Austin*, 890 P.2d 416, 418 (Okla. Ct. App. 1994) ("A prisoner's savings held by the Department of Corrections may be used to pay fees or costs in filing a civil action." (citations omitted)).

[3]    *See* W.D. Okla. LCvR 3.3(e).

The Petitioner is advised of his right to object to this report and recommendation by July 2, 2009. *See* W.D. Okla. Local Civil Rule 72.1. If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation terminates the referral.

Entered this 12th day of June, 2009.

*Robert E. Bacharach*
Robert E. Bacharach
United States Magistrate Judge